

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Herman Whitfield v. The State of Texas

Appellate case number:   01-15-00316-CR

Trial court case number:  1976709

Trial court:             County Criminal Court at Law No. 14 of Harris County

      On April 23, 2015, Charlie C. Williams, III filed a motion to withdraw as appellant's retained counsel. *See* TEX. R. APP. P. 6.5. The record indicates that the trial court has appointed Cheri Duncan to represent appellant on appeal in place of appellant's previously retained counsel. Retained counsel's motion to withdraw is **granted**. *See id.*

      It is so ORDERED.

Judge's signature: /s/ Jane Bland
                  ☒Acting individually


Date:  June 18, 2015